No. 101. GROESBECK ET AL. *v.* GOLDSTEIN. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. John F. MacLane, Louis Connick,* and *Whitney North Seymour* for petitioners. *Mr. Nathan Witt* for respondent. *Solicitor General Fahy* and *Messrs. Chester T. Lane* and *Roger S. Foster* filed a brief on behalf of the United States and the Securities & Exchange Commission, as *amici curiae.*

No. 111. BAIRD *v.* FRANKLIN, TREASURER; and

No. 112. NEW YORK YACHT CLUB *v.* FRANKLIN, TREASURER. October 9, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Messrs. Granville Whittlesey, Jr., Ralstone R. Irvine,* and *Theodore S. Hope, Jr.* for petitioner in No. 111; and *Mr. William Greenough* for petitioner in No. 112. *Messrs. William Dean Embree, Lawrence Bennett,* and *Edward N. Perkins* for respondent.